**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Brian Hancock,
    Plaintiff

v.                                      Case No.   1:15-cv-198

Commissioner of
Social Security,
     Defendant

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 28, 2016 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   The decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).  Should a reviewing court disagree with this decision, it is alternatively **ORDERED** that this case is **REMANDED** under sentence six with the Court to retain jurisdiction until administrative proceedings have been concluded.

Date: July 25, 2016                  s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Senior Judge
                                    United States District Court