# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Brian Hancock,

    Plaintiff,

        v.                                 Case No. 1:15cv198

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 10, 2018 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 27) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for an Award of Attorney's Fees (Doc. 23) is **GRANTED in part**. Counsel will be awarded $3,108.15 which is consistent with the recommendation by the Magistrate Judge for a reduced fee from $6,228.15 under 42 U.S.C. § 406(b).

    **IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett, Judge
                                                 United States District Court